## Swimmer Appeal.

Argued November 11, 1971. *Joseph A. Steedle,* for appellant; *Craig*

*T. Stockdale,* Assistant County Solicitor, with him *Maurice Louik,* County Solicitor, for appellee.

Order affirmed.

SPAULDING, J., absent.